# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BEAU EZEKIEL BROWN, | |
| *Petitioner*, | 2:11-cv-00790-KJD-RJJ |
| vs. | ORDER |
| DWIGHT NEVEN, *et al.* | |
| *Respondents*. | |

Following upon the notice (#10) of appearance by petitioner's counsel in this habeas matter and the pauper application (#11) filed to establish financial eligibility for appointment of counsel,

IT IS ORDERED that pauper application (#11) is DENIED without prejudice following upon payment of the filing fee, but with a finding that petitioner has established financial eligibility for appointment of counsel, and further that the Federal Public Defender's Office is appointed as petitioner's counsel pursuant to 18 U.S.C. § 3006A(a)(2)(B), with Megan C. Hoffman, Esq., appearing as counsel of record.

IT FURTHER IS ORDERED that petitioner shall have until up to and including one hundred fifty (150) days from entry of this order within which to file an amended petition. The Court will screen the amended petition prior to ordering a response.

The Clerk shall send a copy of this order to the CJA Coordinator for this Division.

DATED: June 27, 2011

_____
KENT J. DAWSON
United States District Judge