# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BEAU EZEKIEL BROWN,

    *Petitioner*,

vs.

DWIGHT NEVEN, *et al.*

    *Respondents*.

2:11-cv-00790-KJD-RJJ

ORDER

Petitioner's motion (#24) for an enlargement of time is GRANTED IN PART and DENIED IN PART, such that the time for petitioner to file an opposition to the motion to dismiss and a motion for a stay is extended up to and including August 31, 2012. **No further extensions of the deadline will be considered, and similar lengthy extensions of deadlines later in this briefing cycle should not be sought. The Court set the briefing deadlines on the motion to dismiss as per the standard schedule for same under the local rules, see #22, at 2, lines 10-11, because it wished to resolve the anticipated issues presented expeditiously. Counsel further shall comply with the directive at page 2, lines 12-13, of the prior order regarding advisement of the status of the state proceedings in all of their filings, including extension requests.**

DATED: August 7, 2012

_____
KENT J. DAWSON
United States District Judge