1
2
3
4
5                             **UNITED STATES DISTRICT COURT**
6                                    **DISTRICT OF NEVADA**
7
8 BEAU BROWN,
9        Petitioner,                     2:11-cv-00790-KJD-NJK
10 vs.
                                       **ORDER**
11 DWIGHT NEVEN, *et al.*,
12        Respondents.
13 _____/
14
15      In this habeas corpus action, brought by Nevada prisoner Beau Brown, the respondents are
16 due to file an answer, responding to the claims remaining in Brown's first amended petition for writ
17 of habeas corpus, by March 14, 2016. *See* Order entered November 9, 2015 (ECF No. 47); Notice of
18 Abandonment of Claims, filed December 10, 2015 (ECF No. 48); *see also* Fed. R. Civ. P. 6(d)
19 (adding three days when service is by electronic means); Fed. R. Civ. P. 6(a)(1)(C) (deadline falling
20 on weekend).
21      On March 7, 2016, respondents filed a motion for extension of time (ECF No. 49), requesting
22 an extension of time to April 8, 2016 -- a 25-day extension of time -- to file their answer.
23 Respondents' counsel states that the extension of time is necessary primarily because of the number
24 of claims remaining in Brown's amended petition.  Respondents' counsel states that Brown's
25 counsel does not oppose the motion for extension of time.  The Court finds that respondents' motion
26 for extension of time is made in good faith and not solely for the purpose of delay, and that there is

good cause for the extension of time requested.  The Court will grant the motion for extension of time.

      **IT IS THEREFORE ORDERED** that respondents' Motion for Enlargement of Time (ECF No. 49) is **GRANTED**.  Respondents shall have until and including **April 8, 2016**, to file an answer, responding to the claims remaining in Brown's first amended petition for writ of habeas corpus.

      **IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered November 9, 2015 (ECF No. 47) shall remain in effect.


      Dated this __9__ day of March, 2016.


                                                 _____
                                               UNITED STATES DISTRICT JUDGE