**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BEAU BROWN,

    Petitioner,                                   2:11-cv-00790-KJD-NJK

vs.

                                                         **ORDER**

DWIGHT NEVEN, *et al.*,

    Respondents.

_____/

       In this habeas corpus action, the respondents filed an answer on April 1, 2016 (ECF No. 51), and the petitioner, Nevada prisoner Beau Brown, is now due to file a reply to respondents' answer by June 3, 2016.  *See* Order entered November 9, 2015 (ECF No. 47), p. 23 (60 days for reply); *see also* Fed. R. Civ. P. 6(d) (adding three days when service is by electronic means).

       On May 26, 2016, Brown filed a motion for extension of time (ECF No. 52), requesting an extension of time to August 1, 2016 -- a 59-day extension of time -- to file his reply.  Brown's counsel states that the extension of time is necessary because of his obligations in other cases. Brown's counsel states that respondents' counsel does not oppose the motion for extension of time. The Court finds that Brown's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.  The Court will grant the motion for extension of time.

1    **IT IS THEREFORE ORDERED** that petitioner's Unopposed Motion for an Enlargement of Time (ECF No. 52) is **GRANTED**. Respondents shall have until and including **August 1, 2016**, to file a reply to respondents' answer.

Dated this   27   day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE